UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>S & K GENERAL CONTRACTING, INC.,<br><br>Defendant. | Case No. 24-cv-02260 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

    This case has been assigned to me for all purposes. On March 26, 2024, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by April 10, 2024. Respondent's opposition, if any, is due on May 1, 2024. Petitioners' reply, if any, is due on May 15, 2024.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service of this Order;

    IT IS FURTHER ORDERED that the Petitioner shall file its affidavit of service of the Complaint promptly.

Dated: March 27, 2024
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge